UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Dayton Gage Lussier,<br><br>Defendant. | Case No. 19-cr-0087 (WMW/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the July 2, 2019 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (Dkt. 34.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b); *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001); *accord Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 2, 2019 Report and Recommendation, (Dkt. 34), is **ADOPTED**.

2. Defendant Dayton Gage Lussier's motion to suppress statements, (Dkt. 19), is **DENIED**.

Dated: August 15, 2019         s/Wilhelmina M. Wright
                                Wilhelmina M. Wright
                                United States District Judge